# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2134

_____

Allen Ray Bishop,                              *
                                               *
           Appellant,                          *
                                               *   Appeal from the United States
     v.                                        *   District Court for the Western
                                               *   District of Arkansas.
Sebastian County Detention Center;             *
Travis Buchanan, Deputy; Sheridan             *   [UNPUBLISHED]
Douglas, Deputy; Mark Fisher, Deputy;          *
Frank Atkinson, Sheriff,                       *
                                               *
           Appellees.                          *

_____

Submitted:  September 7, 2001
    Filed:   September 17, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE,
     Circuit Judges.

_____

PER CURIAM.

     Allen Ray Bishop, a former detainee of the Sebastian County Detention Center,
appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 conditions-of-

_____

[1]The Honorable Beverly Stites Jones, United States Magistrate Judge for the
Western District of Arkansas, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

confinement complaint. Having carefully reviewed the record and the parties' briefs, we agree with the district court that Bishop's allegations do not rise to the level of constitutional violations.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.